NO









NO. 12-09-00241-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

IN THE ESTATE OF                                        '     APPEAL
FROM THE 

LINARD VIRGIL HICKMAN,

DECEASED                                                       '     COUNTY
COURT AT LAW OF

 

                                                                             '     ANDERSON
COUNTY, TEXAS

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellants
and Appellee have filed a joint motion to dismiss this appeal.  In their
motion, the parties state that they have settled their dispute and no longer
wish to pursue the appeal.  Because the parties have met the requirements of
Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the
appeal is dismissed.

Opinion delivered April 7, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)